Same case below, 389 Fed. Appx. 216.

**No. 10-10091. Tony Jackie Hernandez, Petitioner v. George A. Neotti, Warden, et al.**

564 U.S. 1040, 131 S. Ct. 3065, 180 L. Ed. 2d 893, 2011 U.S. LEXIS 4883.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 407 Fed. Appx. 256.

**No. 10-10100. Bryson McCalley, Petitioner v. California.**

564 U.S. 1040, 131 S. Ct. 3065, 180 L. Ed. 2d 893, 2011 U.S. LEXIS 4876.

June 27, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 10-10101. Coy McKaughan, Petitioner v. Tennessee.**

564 U.S. 1041, 131 S. Ct. 3065, 180 L. Ed. 2d 893, 2011 U.S. LEXIS 4913, ▮

June 27, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Tennessee, Western Division, denied.

**No. 10-10102. Darius Perkins, Petitioner v. Illinois.**

564 U.S. 1041, 131 S. Ct. 3065, 180 L. Ed. 2d 893, 2011 U.S. LEXIS 4814.

June 27, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Second District, denied.

Same case below, 398 Ill. App. 3d 1103, 370 Ill. Dec. 768, 988 N.E.2d 1124.

**No. 10-10109. Troy Terrell McNeal, Petitioner v. Derral G. Adams, Warden, et al.**

564 U.S. 1041, 131 S. Ct. 3066, 180 L. Ed. 2d 893, 2011 U.S. LEXIS 4924.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 623 F.3d 1283.

**No. 10-10110. Mark McCune, Petitioner v. Sigrid McCune.**

564 U.S. 1041, 131 S. Ct. 3066, 180 L. Ed. 2d 893, 2011 U.S. LEXIS 4820.

June 27, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division Two, denied.

**No. 10-10111. Neil Tucker, Petitioner v. Darwin LaClaire, Warden.**

564 U.S. 1041, 131 S. Ct. 3066, 180 L. Ed. 2d 893, 2011 U.S. LEXIS 4987.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-10112. Bradley Wade, Petitioner v. Georgia.**

564 U.S. 1041, 131 S. Ct. 3066, 180 L. Ed. 2d 893, 2011 U.S. LEXIS 4911.

June 27, 2011. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

Same case below, 305 Ga. App. 382, 700 S.E.2d 827.